# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 22, 2024

Executive Office of Immigration Review
U.S. Department of Justice
Board of Immigration Appeals
5107 Leesburg Pike
Suite 2000
Falls Church, VA 22041

Ms. Mellissa Harper
U.S. Immigration & Customs Enforcement
Office of the Chief Counsel
1250 Poydras Street
Suite 325
New Orleans, LA 70113

    No. 22-60462   Virgen Tadeo v. Garland
                            Agency No. A207 717 372

Dear Counsel,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            *Shea E. Pertuit*
                     By: _____
                     Shea E. Pertuit, Deputy Clerk
                     504-310-7666

cc:
    Mr. Bryan Stuart Beier
    Mr. Lance Lomond Jolley
    Mr. Jeremy Jong
    Ms. Liza S. Murcia
    Office of Immigration Litigation
    Mr. Anthony Cardozo Payne
    Mrs. Kathleen Kelly Volkert